JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE LAMONT HARVEY, | ) | Case No. CV 11-4901-JGB  (OP) |
| | ) | J U D G M E N T |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| MIKE McDONALD, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  ___10/18/13___

_____
HONORABLE JESUS G. BERNAL
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge